IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
**3:06 CV 498 - GCM**

| | | |
|---|---|---|
| C. DOUGLAS SMITH, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| v. | ) | |
| TROY LEE, LEE LIGHTING, | ) | |
| INC., aka PROGRESSIVE | ) | |
| LIGHTING, INC., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

THIS MATTER is before the court on its own motion. The Parties filed their Certification and Report of Initial Attorneys' Conference [doc. 4] on February 14, 2007. Prior to entering the Pre-Trial Order, an Initial Pretrial Conference will be held in Chambers. All parties are directed to appear for this conference on **Wednesday, October 17, 2007, at 10:15 a.m.**

IT IS SO ORDERED.

Signed: September 24, 2007

Graham C. Mullen
United States District Judge