**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE  DIVISION**
**3:06-CV-498-GCM**

| | | |
|---|---|---|
| C. DOUGLAS SMITH, | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | **ORDER** |
| TROY LEE and | ) | |
| LEE LIGHTING, INC., | ) | |
| Defendants. | ) | |
| | ) | |

**THIS MATTER** is before the court on its own motion.  The trial in this matter is hereby re-scheduled for **Monday, July 7, 2008, at 10:00 a.m.** in Charlotte.

It is so ordered.

Signed: January 28, 2008

Graham C. Mullen
United States District Judge