# United States District Court
# For The Western District of North Carolina
# Charlotte Division

C. Douglas Smith ,

    Plaintiff(s),                        JUDGMENT IN A CIVIL CASE

vs.                                            3:06-CV-498

Troy Lee ,

    Defendant(s).

DECISION BY COURT.  This action having come before the Court by Jury Trial and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 7/11/2008 Jury Verdict.

                                                  Signed: July 11, 2008

                                                  Frank G. Johns, Clerk
                                                  United States District Court