IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:06CV498-MU

C. DOUGLAS SMITH,)
)
Plaintiff,)
)
v.)
) ORDER
TROY LEE AND PROGRESSIVE)
LIGHTING, INC., aka LEE LIGHTING, INC.,)
)
Defendants.)
)

**THIS MATTER** is before the Court on its own Motion. Pursuant to the Court's Order to Show Cause, issued July 15, 2008, the Court declines to impose sanctions on Mrs. Standard.

However, Mrs. Standard is ordered to avoid all contact with Mr. Troy Lee, Ms. Melissa Bernard, Ms. Marie Holder, or any other party or witness (other than Douglas Smith) to the case.

IT IS SO ORDERED.

August 18, 2008

Served Hand delivered:
J. Basile

THE HONORABLE GRAHAM C. MULLEN